UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| CAROL GAYLOR, an individual, | ) ) ) |
| Plaintiff, | ) CASE NO.: 2:24-cv-00141-SCJ ) |
| vs. | ) ) |
| GHP HOLDINGS LLC, a Georgia Limited Liability Company, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carol Gaylor, having resolved all claims with Defendant GHP Holdings LLC, hereby voluntarily dismisses this action with prejudice.

Dated: July 22, 2024

                                         Respectfully Submitted,

                                         KU & MUSSMAN, P.A.
                                         Attorneys for Plaintiff
                                         18501 Pines Blvd, Suite 209-A
                                         Pembroke Pines, FL 33029
                                         Tel: (305) 891-1322
                                         Fax: (305) 891-4512

                                         By: */s/ John A. Moore*
                                                 John A. Moore, Esq.
                                                 Georgia Bar No.: 519792
                                                 Of Counsel

The Moore Law Group, LLC
1745 Martin Luther King Jr., Drive
Atlanta, GA 30314
Tel.: (678) 288-5601
Fax: (888) 553-0071
Email: jmoore@moorelawllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of July, 2024, I filed the foregoing document via the Court's CM/ECF system, which will make electronic service on all counsel of record and a true and correct copy will also be mailed to the following:

Roy E. Manoll, III
Fortson, Bentley and Griffin, P.A.
2500 Daniell's Bridge Road
Building 200, Suite 3A
Athens, Georgia 30606

By: */s/ John A. Moore*
    John A. Moore, Esq.